# Affidavit

I, David P. Jones, provide this affidavit under the penalties of perjury regarding my investigation services provided to attorney Richard Seligman, who represents Willie L. Best.

1. I am licensed private investigator for 9 years in the District of Columbia and appointed to provide investigative services to Richard Seligman, representing Willie L. Best pursuant to the Criminal Justice Act.

2. In the course of my investigation, I ran a criminal record for Grady Jefferson in on the public access/ on line court records for Maryland state courts. I located a traffic case docket for Mr. Jefferson, in which he was charged with giving a false name to a uniformed police officer in 05/2002. See attached District Court of Maryland Case Information printout. I have established from my investigation that Mr. Jefferson was released from jail and working for law enforcement at that time. The active case file indicates that Grady Jefferson failed to appear for that an related traffic violations on 7/12/02. Based on my experience this information was easily available to law enforcement in 2002 and in 2006, when affidavits were prepared for the case currently pending against Willie Best.

3. I was asked to check the criminal record of Willie L Best to determine what records are publically available regarding charges and convictions in the District of Columbia. In the course of my investigation, I ran the criminal record for Willie Best in Washington DC and found no record of a 1995 Cocaine conviction for Mr. Best. I also located a murder case ( F-9644-95)for Mr. Best that was dismissed by motion of the government in on 6/3/96. See attached jacket cover for F-9644-95. In addition, I at Mr. Seligman's request I searched the D.C. Superior Court data base for case number F-9750-94 and this case does not exist on that system. I understand from Mr.

Seligman that F-9750-94 was a Youth Act Case and based on my experience, the fact that it does not appear in the data base means that it was set aside or as commonly referred to "expunged". I obtained a release for the Parole Commission file on Willie L. Best but the records have not yet been disclosed by the Parole Commission. Based on my experience, all of the forgoing information would be easily available to law enforcement with a simple search of records in 2005-2006, when affidavits were prepared in this investigation.

4. In the course of my duties I was asked to review discovery material provided to me by Mr. Seligman, which had been provided by the government and related to overt act number 17 in the indictment. Specifically, the material was a Supplementary Investigation Report by Det. SA Shillingford, Fairfax County Police Department. The report concerned an investigation in October 2002 into a attempted murder of Derrick Moore which occurred 7/27/02. The suspect in the investigation was Franklin Earl Canaday Jr. During the course of the investigation, Detective Shillingford determined that Franklin Canaday conspired with others to obstruct justice by getting other individuals to give false information implicating others in the attempted murder, ( See excerpt of report, attached bates stamp nos 5709) intimidating the victim and his son not to testify ( see attached excerpt of report bates nos: 5712-5715 ) and also fabricated a story attempting to place the blame on a deceased individual ( See attached excerpt of report bates nos: 5716-5719). Ultimately, Mr. Canaday received a sentence of 20 years and 8 months for attempted murder and drug charges.

I hereby state under the penalties of perjury that the forgoing statement is true and correct to the best of my information and belief.

_____  4/25/08
David P. Jones / Date

DISTRICT COURT OF MARYLAND

Case Information

Go Back

Court System: **DISTRICT COURT FOR PRINCE GEORGE'S COUNTY (UPPER MARLBORO) - TRAFFIC SYSTEM**
Citation Number: **000000BL55368**   Case Status: **ACTIVE CASE**
Violation Date: **05/02/2002**   Violation Time: **07:46 PM**
Violation County: **PRINCE GEORGE'S COUNTY (UPPER MARLBORO)**
District Code: **05**   Location Code: **02**
AgencyName: **DISTRICT 4 (OXON HILL)**
Officer Name: **WESTFALL, RAY**
Officer ID: **1632**

## Defendant Information

Defendant Name: **JEFFERSON, GRADY LEROY III**
Address: **5404 PLATA ST**
City: **CLINTON**   State: **MD**   Zip Code: **20735**
Race: **BLACK, AFRICAN AMERICAN**
Sex: **M**   Height: **505**   Weight: **155**
DOB: **10/1972**
Drivers License: **579946329**   Issuing State: **DC**

## Charge Information

Charge:   Article: **TA**   Sec: **16**   Sub-Sec: **112**   Para: **E**   Code:
Description: **VEH DRIVER GIVING FALSE AND FICTITIOUS NAME TO UNIFORMED POLICE**
Location Stopped: **5200 BLK WHEELER RD**
Fine: **270**   Related Citation Number: **0BL55363**
Vehicle Tag: **PPW468**   State: **MD**   Vehicle Description: **82OLDS**

## Disposition Information

Plea:
Disposition: **FAILURE TO APPEAR**
Disposition Date: **07/12/2002**
Sentence Date: **07/12/2002**
Sentence Time: Yrs: **00**   Mos: **00**   Days: **000**
Suspended Time: Yrs: **00**   Mos: **00**   Days: **000**
Costs: Fine: **0**   CourtCost: **0**   CICF: **0**
Suspended: Fine: **0**   CourtCost: **0**   CICF Cost: **0**

## Event History Information

| Event | Date | Comment |
|---|---|---|
| CREL | 2002-06-12 | T241;0BL55367 |
| KEYP | 2002-07-12 | TRIAL KEYPOINT 10:06:59 REEL 999999 |
| SUSP | 2002-07-12 | FAILURE TO APPEAR SUSPENSION;TRIAL OF 071202 SET 061202 |

81-GK   Document 149-2   Filed 04/28/08   Page
95  4 of 9  F

Willie Latrell Best
USA-69 (JUN 85)
J 63879
Superior Court of the District of Columbia
CRIMINAL DIVISION
FELONY

| No Papers Count(s) | Court File Date | LOCK UP | PDID 472-914 |
|---|---|---|---|
| Charges Filed / | 11-15-95 | L-56 | DOB 7-7-76 |
| Felony A | | | CCR 098-846 |
| Misdemeanor | ☐ CITATION ☐ BOND ☐ Collateral $ ___ Page ___ | | |
| Traffic | DEFENSE COUNSEL  ☐ PRO SE | CODE   S C A R | DATE WITHDRAWN |
| D.C. | 1. M. Alpern BS 425425  ☐ ☒ ☐ ☐ | | |
| | 2. | | |

| | | | |
|---|---|---|---|
| A Murder I w/ FA | PROSECUTOR | CODE | ASSIGNED TO JUDGE Burnett |
| B | 1. Pat Rowan | | |
| C | 2. | | Cal. Number F I |
| D | ☐ Defendant informed of rights pursuant to Superior Court Rule 5(b) including the right to counsel. | | ☐ LINEUP ORDER FILED |
| E | | PLEA: ☐ Not Guilty | ☐ Sworn Statement Filed Rule 5(c) Determination |
| F | Count(s) ___ | ☐ Guilty, JUDGMENT Guilty | ☐ Made ☐ Waived |
| G | CONTINUED DATE | BOND CONDITIONS | |
| H | PREL. HEARING  11-30-95 | BOND AMOUNT $ No Bond | |
| I | STATUS HEARING | ☐ CASH ___% ☐ SURETY | |
| | JURY TRIAL | ☐ PERSONAL RECOGNIZANCE | |
| PROBATION ☐ DOMESTIC VIOL ☐ 163 FILED | NON-JURY | ☐ Third Party Custodian | |
| | | ☐ Collateral Remains | |
| Sentence Date | ☐ Defendant Advised of Penalties for Failure to Appear. | | |
| Report Due Date | 1325 A granted 30 day rule waived | | |
| Date Jacket Ready For Probation | | | |
| Date Received in Probation | Count(s) ___ Nolle Prosequi Prosecutor: ___ | | |
| BY | COURT REPORTER | TAPE ☒ | CLERK ___ JUDGE/COMM ___ |
| Date Jacket Returned to Crim Div | ☒ NEW COMMITMENT ☐ BACK TO JAIL O.C. ☐ RELEASE EXECUTED ☐ NOT IN CUSTODY | | |
| Diversion Date Admitted | DISPOSED | PENDING | |
| | CLOSED CONT. PAY ShowCause B/W | Status Jury Non-Jury Sent. Others Updated By | |

DATE: 6/3/96    FINAL DISPOSITION ONLY

Ct B Murder I w/A
Gov't's Mtn to dismiss
granted

Count(s) ___ Nolle Prosequi Prosecutor: ___
COURT REPORTER   TAPE ☐   CLERK ___   JUDGE/COMM ___
P. Rowan   ___   Burnett

where these two unknown black males came from, Canady claimed they were friends of Tika's and that Tika had picked him up from Washington D.C. prior to picking him up at his mother's house in Alexandria. Canady claimed he knew they were going to fight, but did not know there was a gun in the car. I told Canady that I knew Jermaine was in the car and asked why he (Canady) was lying to me. Canady claimed Jermaine was not in the car and continued to denied knowing the other two black males. Canady told me, *"Tika has to know woho they are! I'm going to find out, because I'm not going out like this."* Canady was subsequently offered a polygraph and stated he was will to cooperate, but stated he did not want to take the test at this time. Later however Canady agreed to take the test. I subsequently stepped out of the room to setup the test. Shortly after exiting the inteview room, 2Lt. Pete Morrow advised me that Canady was talking on his cellular telephone. At the time, 2Lt. Pete Morrow was monitoring the interview over a closed circuit television in his office. For the next 20 to 30 minutes I watched Canady make numerous telephone calls from the interview room at CIB.

At approximatley 11:55am, Canady spoke to Tika Wells. He was heard saying, *"You got to make up some names, please, please stick with me, you got to stick with me. They're trying to bury me, please T, you got to stick with me, you got to hold it down, give them two names, makeup to names, but not Jermaine."* Canady was further heard saying to Tika, *"The worse you'll get is an accessory."* I subsequently went back into the interviewing room and asked Canady who he was talking to on the phone. Canady told me, *"My girlfriend."* When asked if he was talking to anyone else, Canady told me, *"No one."* When asked if he spoke to Tika, Canady hesitated then stated,*"Yes."* When asked what they

| Case Status (Check Only One Block) | ☐ 6 Active TOT CIB | ☐ 2 Inactive | ☐ 3 Service | 8 Closed Exceptionally |
|---|---|---|---|---|
| ☐ 1 Active  ☐ 7 Active - TOT CIS | ☐ 5 Active - TOT ____ | ☐ 9 Inactive - WOF | ☒ 4 Closed Arrest | ☐ Victim Refused to Cooperate |

| of Report 07/27/02 | Time of Report 1200am | Investigated By Det. S.A. Shillingford | EIN 1486 | Case Closed (Status 4 or 8)  ☐ Juvenile(s)  ☐ Adult(s) | ☐ Juvenile / No Custody  ☐ Prosecution Declined |
| Time Received 1200 | Time Arrived 1200 | Time Cleared 1200 | Approving Supervisor | EIN | Date | ☐ Death of Offender  ☐ Extradition Denied |

42UL-WP 11/98 (bje)

OA017-0057(

FAIRFAX COUNTY POLICE DEPARTMENT *SUPPLEMENTARY INVESTIGATION REPORT*

| PAGE 1 OF | Date of Event<br>Oct 30, 2002 | Time of Event<br>2:00pm | Case #<br>02208-000257 | | |
|---|---|---|---|---|---|
| Name Last<br>Banks | First<br>Robert | MI.<br>P | | Phone Res<br>703-799-0111 | Phone Bus |
| Address Number | Street | City | State<br>VA. | SSAN | Age 39 / Race b / Sex m / Date of Birth 03/07/63 |

Remarks

**Location of Event:**       Fairfax County Court House

**Arrested:**              Newkirk, Darryal Lamont

**Witness:**

   On or about October 11, 2002, I received a telephone call from Franklin Canady's attorney Mr. Moliken. Moliken advised me that he was representing Canady in the upcoming preliminary hearing October 15, 2002. Moliken asked me to give him the names of the witnesses against his client. I advised Moliken that I was not going to do that because I was afraid for the witnesses safety. Moliken asked if one of the witnesses was Derrick Moore and I told him yes.

   On October 13, 2002, I received a 911 page from Derrick Moore. Derrick advised me that Canady had some how gotten his telephone number in Brodnax, Virginia and that Canady called him from the Fairfax County Jail asking if he (Derrick) was coming to court. Derrick further told me that Canady told him, *"Dog, just keep it gangster with me, its only a fine if you don't come to court, I'll help you pay that!"* According to Derrick, several hours later he received a telephone call from a close friend of Canady's named Darryal. Darryal asked Derrick if he was coming to court to testify against Canady. A

| Case Status (Check Only One Block) | ☐ 6 Active TOT CIB | ☐ 2 Inactive | ☐ 3 Service | 8 Closed Exceptionally |
|---|---|---|---|---|
| ☐ 1 Active   ☐ 7 Active - TOT CIS | ☐ 5 Active - TOT ___ | ☐ 9 Inactive - WOF | ☐ 4 Closed Arrest | ☐ Victim Refused to Cooperate |
| of Report / Time of Report | Investigated By<br>Det. S.A. Shillingford | EIN<br>1486 | Case Closed (Status 4 or 8)<br>☐ Juvenile(s)   ☐ Adult(s) | ☐ Juvenile / No Custody<br>☐ Prosecution Declined |
| Time Received / Time Arrived | Time Cleared | Approving Supervisor | EIN / Date | ☐ Death of Offender<br>☐ Extradition Denied |

42UL-WP 11/98 (bje)

FAIRFAX COUNTY POLICE DEPARTMENT *SUPPLEMENTARY INVESTIGATION REPORT*

| PAGE 2 OF | Date of Event<br>Oct 30, 2002 | Time of Event<br>2:00pm | Case #<br>02208-000257 |
|---|---|---|---|

short argument ensued and Derrick terminated the telephone call.

On October 14, 2002, I called the Fairfax County Jail hoping to obtain phone logs that would corroborate Derrick's allegation of possible witness tampering. On October 15, 2002, I made contact with Second Lieutenant Bill Hallman of the Fairfax County Sheriff's Office. 2Lt. Hallman advised me that he could retrieve the inmate phone records, but that he could do me one better. 2Lt. Hallman advised me that as of April 2002, all inmate phone calls from the jail were recorded. I subsequently received eight recorded telephone calls placed by Franklin Canady Jr. on October 13, 2002. The phone calls were corroborative of Derrick's allegation of witness tampering.

On October 15, 2002, at approximately 2:00PM, I received a 911 page from my office in the Massey Building. The call was from Derrick Moore. Derrick advised me that he wasn't coming to court because he saw Darryal in court and was afraid to appear. I advised Derrick to come to court and we would take care of the situation. I subsequently advised the commonwealth attorney and a motion to continue the case was put before Judge Simmons. Judge Simmons subsequently continued the case to October 30, 2002, for further investigation into Derrick Moore's allegation of possible witness tampering.

Between October 15, 2002, and October 29, 2002, I reviewed the jail recordings. Canady had several conversations from the jail on October 13, 2002, attempting to find Derrick Moore's telephone number and whereabouts. Canady called his girlfriend, who provided a telephone number for Derrick Moore's son Dominique. Canady then called Dominique and got the telephone number and location in Brodnax, Virginia where Derrick could be contacted. Canady further told Dominique to, *"Talk to your*

| Case Status (Check Only One Block) | | | | 8 Closed Exceptionally |
|---|---|---|---|---|
| ☐ 1 Active | ☐ 6 Active TOT CIB<br>☐ 7 Active - TOT CIS ☐ 5 Active - TOT ___ | ☐ 2 Inactive<br>☐ 9 Inactive - WOF | ☐ 3 Service<br>☐ 4 Closed Arrest | ☐ Victim Refused to Cooperate<br>☐ Juvenile / No Custody |
| # Report | Time of Report | Investigated By<br>Det. S.A. Shillingford | EIN<br>1486 | Case Closed ( Status 4 or 8 )<br>☐ Juvenile(s) ☐ Adult(s) | ☐ Prosecution Declined |
| Time Received | Time Arrived | Time Cleared | Approving Supervisor | EIN | Date | ☐ Death of Offender<br>☐ Extradition Denied |

42UL-WP 11/98 (bje)

FAIRFAX COUNTY POLICE DEPARTMENT *SUPPLEMENTARY INVESTIGATION REPORT*

| PAGE 3 OF | Date of Event<br>Oct 30, 2002 | Time of Event<br>2:00pm | Case #<br>02208-000257 | | | |
|---|---|---|---|---|---|---|
| Name Last<br>████ | First<br>████t | MI.<br>P | | Phone Res<br>703-799-0111 | | Phone Bus |
| Address Number<br>5400 | Street<br>████ | City<br>A████ | State<br>VA. | SSAN | Age<br>39 | Race<br>b | Sex<br>m | Date of Birth<br>03/07/63 |

Remarks

*dad, tell him not to do this. I love your dad."* He further asked Dominique, *"Is you're mom still mad at me? Can you talk to your mom?"* Canady then called Derrick saying, *"Dog I just need you to keep it gangster with me dog. Like I was telling him (referring to Dominique) that when I come home I'm not going to still be beefin."* Shortly after the conversation with Derrick, Canady called Darryal giving him the telephone number and location where Derrick could be located. Canady told Darryal that he had spoke to Derrick and that Derrick told him he was not coming to court. Canady told Darryal that he did not believe Derrick and instructed Darryal to call Derrick and to tell him, *"Not to come to court, to keep it real, keep it gangster."* Canady also told Darryal, *"I need you to post up outside the door (referring to court) and be like, don't do that, we all cool."*

On October 30, 2002, at approximately 2:00PM I noticed that the person Derrick had on October 15, 2002, identified as Darryal was again in the court house. I approached him along with Detective Toney and asked his name. He told me Darryal. I asked what his last name was and he stated Newkirk. By this time, Canady's attorney Gary Moliken had walked up beside us listening to our conversation. I continued questioning Darryal asking him for his date of birth. He told me ████████. It turned out that Newkirk's real date of birth is November 24, 1980. I further asked for his social security number and Darryal looked at Moliken and asked, *"Do I have to talk to them?"* and Moliken replied, *"You don't have to talk to anyone, you can do what you want."* I then asked Darryal if Moliken was his attorney

| Case Status (Check Only One Block) | | | | 8 Closed Exceptionally |
|---|---|---|---|---|
| ☐ 1 Active  ☐ 7 Active - TOT CIS | ☐ 6 Active TOT CIB  ☐ 5 Active - TOT ___ | ☐ 2 Inactive  ☐ 9 Inactive - WOF | ☐ 3 Service  ☐ 4 Closed Arrest | ☐ Victim Refused to Cooperate<br>☐ Juvenile / No Custody<br>☐ Prosecution Declined<br>☐ Death of Offender<br>☐ Extradition Denied |
| of Report | Time of Report | Investigated By<br>Det. S.A. Shillingford | EIN<br>1486 | Case Closed ( Status 4 or 8 )<br>☐ Juvenile(s)  ☐ Adult(s) |
| Time Received | Time Arrived | Time Cleared | Approving Supervisor | EIN | Date |

42UL-WP 11/98 (bje)

OA017-0057

FAIRFAX COUNTY POLICE DEPARTMENT *SUPPLEMENTARY INVESTIGATION REPORT*

| PAGE 4 OF | Date of Event: Oct 30, 2002 | Time of Event: 2:00pm | Case #: 02208-000257 |
|---|---|---|---|

and if that was the case, Moliken could not represent both him and Canady. I then questioned Darryal further asking if he ever had a conversation with Canady from jail where Canady instructed him to call or look for witnesses in his case. Darryal's reply was, *"No."* I asked Darryal if Canady told him to call Derrick about this case and Darryal again replied, *"No."* I asked Darryal if he had ever, at the behest of Canady, gone to the Sacramento Drive area of Fairfax County looking for witnesses in this case. Darryal replied, *"No."* Darryal was subsequently arrested for obstructing justice under Virginia Code Section 18.2-460 Section D.

| Case Status (Check Only One Block) | | | | |
|---|---|---|---|---|
| ☐ 1 Active | ☐ 6 Active TOT CIB | ☐ 2 Inactive | ☐ 3 Service | 8 Closed Exceptionally |
| ☐ 7 Active - TOT CIS | ☐ 5 Active - TOT ___ | ☐ 9 Inactive - WOF | ☐ 4 Closed Arrest | ☐ Victim Refused to Cooperate |

| of Report | Time of Report | Investigated By: Det. S.A. Shillingford | EIN: 1486 | Case Closed (Status 4 or 8) ☐ Juvenile(s) ☐ Adult(s) | ☐ Juvenile / No Custody |
|---|---|---|---|---|---|
| Time Received | Time Arrived | Time Cleared | Approving Supervisor | EIN | Date |

☐ Prosecution Declined
☐ Death of Offender
☐ Extradition Denied

42UL-WP 11/98 (bje)

OA017-0057

**FAIRFAX COUNTY POLICE DEPARTMENT** *SUPPLEMENTARY INVESTIGATION REPORT*

| PAGE 1 OF | Date of Event: November 17, 2002 | Time of Event: 11:00AM | Case #: 02208-000257 | | |
|---|---|---|---|---|---|
| Name Last: Banks | First: Robert | MI: P | | Phone Res: (703)799-0111 | Phone Bus: unknown |
| Address Number: ███ | Street: ███ | City: ███ | State: VA | SSAN: | Age: 39 | Race: B | Sex: M | Date of Birth: 03/07/63 |

**Remarks**

Witness#1: ███

Witness#2: ███

Witness#3: ███

Witness#4: ███

Witness#5: ███

Following the arrest of Darryal Newkirk on October 30, 2002, I reviewed the audio tape, recorded at the Fairfax County Adult Detention Center (ADC) on October 13, 2002. The recordings revealed a telephone call placed by Frank Canady to (703)212-9093. A woman, later identified as Joyce Sparrow answered the telephone and Canady asked to speak to, *"Whitney."* Ms. Sparrow asked the caller to identify himself and Canady stated his name was James. After advising Canady to stop calling her house collect, Ms. Sparrow handed the telephone to a person later identified as Whitney Grant. Canady spoke briefly to Whitney then spoke to Darryal Newkirk. A conversation between Canady and Newkirk ensued

Case Status: [X] 4 Closed Arrest

Date of Report: 11/18/02 | Time of Report: 3:00PM | Investigated By: Det. S.A. Shillingford | EIN: 1486

Time Received: 3:00PM | Time Arrived: 3:00PM | Time Cleared: 3:00PM

42UL-WP 11/98 (bje)

FAIRFAX COUNTY POLICE DEPARTMENT *SUPPLEMENTARY INVESTIGATION REPORT*

| PAGE 2 OF | Date of Event<br>November 17, 2002 | Time of Event<br>11:00AM | Case #<br>02208-000257 |
|---|---|---|---|

in which Canady reveals that he is going to blame the shooting on a subject named, "*Rob.*" Canady had revealed in a previously recorded conversation with Tika Wells that Rob lived in the neighborhood and had died in a car accident. I subsequently spoke to Derrick Moore about this latest development and was advised that Derrick knew of Rob, but did not know Rob's last name. Derrick further told me that it was true Rob had been hit by a car and that the accident occurred sometime after the shooting. Derrick told me Rob was however not involved in the shooting. Derrick was able to give me general directions to where Rob lived.

On November 15, 2002, I went door to door in the area directed to by Derrick Moore. I was successful in locating the subject (Rob) that Canady, Wells and Newkirk were referring to during their recorded conversations. A citizen showed me the obituary dated August 3, 2002, for a Robert O. Jackson who died on July 28, 2002. The citizen further took me to Rob's mother, Audrey Jackson living on Vermont Ave in Alexandria, City. Ms. Jackson advised me that her son, Robert Jackson died at Fairfax Hospital on Sunday, July 28, 2002. Robert had been hit by a vehicle in Colonial Beach, Virginia, the evening of July 27, 2002. Ms. Jackson remembered the weekend well because of the terrible event that took her son's life. Ms. Jackson stated her son left the house Friday evening sometime between 6:00PM and 9:00PM. She did not know where he went, but told me her son would normally visit his girlfriend's house in Springfield, Virginia. She stated Rob returned home that following Saturday afternoon around 1:00PM to meet his uncle from Pennsylvania. According to Ms. Jackson, Rob and his uncle drove to Colonial Beach, Virginia, later that afternoon to visit relatives and was killed that night. Ms. Jackson

Case Status (Check Only One Block)
- [ ] 1 Active
- [ ] 7 Active - TOT CIS
- [ ] 6 Active TOT CIB
- [ ] 5 Active - TOT ____
- [ ] 2 Inactive
- [ ] 9 Inactive - WOF
- [ ] 3 Service
- [X] 4 Closed Arrest
- 8 Closed Exceptionally
- [ ] Victim Refused to Cooperate
- [ ] Juvenile / No Custody
- [ ] Prosecution Declined
- [ ] Death of Offender
- [ ] Extradition Denied

| of Report<br>11/18/02 | Time of Report<br>3:00PM | Investigated By<br>Det. S.A. Shillingford | EIN<br>1486 | Case Closed ( Status 4 or 8 )<br>[ ] Juvenile(s)  [ ] Adult(s) |
| Time Received<br>3:00PM | Time Arrived<br>3:00PM | Time Cleared<br>3:00PM | Approving Supervisor | EIN | Date |

42UL-WP 11/98 (bje)

FAIRFAX COUNTY POLICE DEPARTMENT *SUPPLEMENTARY INVESTIGATION REPORT*

| PAGE 3 OF | Date of Event<br>November 17, 2002 | Time of Event<br>11:00AM | Case #<br>02208-000257 | |
|---|---|---|---|---|
| Name Last<br>Banks | First<br>Robert | MI.<br>P | Phone Res<br>(703)799-0111 | Phone Bus<br>unknown |
| Address Number | Street | City | State<br>VA. | SSAN | Age<br>39 | Race<br>B | Sex<br>M | Date of Birth<br>03/07/63 |

**Remarks**

gave me the telephone number for Rob's girlfriend, Tonia Ballard. I subsequently interviewed Ballard at her home in Springfield, Virginia. Ballard also remembered the weekend of July 26th well. Ballard told me that Rob came to her house Friday, July 26, 2002, sometime between 6:00PM and 10:00PM. Rob stayed the night, then went back to his house in Alexandria, Virginia. Ballard wasn't sure how Rob got to her house, but believed he either got a ride from a friend or took a taxi. Before leaving Ballard's house, I received a telephone call from Ms. Jackson. She advised me that this was very upsetting for her and that she had discovered that her neighbor, June Warner had actually taken Rob to Ballard's house the night of July 26th. I subsequently spoke to Warner by telephone. Warner told me that Rob came to her house between 11:00PM and 12:00AM asking for a ride to Springfield, Virginia. Warner told me she drove Rob to his girlfriend's house stopping at a 7-11 to purchase some beer.

On November 16, 2002, I went to ████████ St. in an attempt to speak with the person or persons Canady spoke to from the ADC on October 13, 2002. Upon knocking on the door, a woman later identified as Joyce Sparrow answered. I asked to speak with Whitney and was advised that Whitney was Joyce Sparrow's daughter Whitney Grant. Upon interviewing Whitney, I asked if she knew someone named Darryal. Whitney advised me that Darryal was her boyfriend. Initially Whitney tried to tell me that she did not remember any telephone call on October 13, 2002, until I played the recording for her. It was at that point that both Whitney and her mother remembered the call. Sparrow remembered being

| Case Status (Check Only One Block) | | | | 8 Closed Exceptionally |
|---|---|---|---|---|
| ☐ 1 Active  ☐ 7 Active - TOT CIS | ☐ 6 Active TOT CIB  ☐ 5 Active - TOT ____ | ☐ 2 Inactive  ☐ 9 Inactive - WOF | ☐ 3 Service  ☒ 4 Closed Arrest | ☐ Victim Refused to Cooperate<br>☐ Juvenile / No Custody<br>☐ Prosecution Declined<br>☐ Death of Offender<br>☐ Extradition Denied |

| of Report<br>11/18/02 | Time of Report<br>3:00PM | Investigated By<br>Det. S.A. Shillingford | EIN<br>1486 | Case Closed ( Status 4 or 8 )<br>☐ Juvenile(s)  ☐ Adult(s) | |
| --- | --- | --- | --- | --- | --- |
| Time Received<br>3:00PM | Time Arrived<br>3:00PM | Time Cleared<br>3:00PM | Approving Supervisor | EIN | Date |

42UL-WP 11/98 (bje)

**FAIRFAX COUNTY POLICE DEPARTMENT** *SUPPLEMENTARY INVESTIGATION REPORT*

| PAGE 4 OF | Date of Event: November 17, 2002 | Time of Event: 11:00AM | Case #: 02208-000257 |
|---|---|---|---|

upset that it was a collect telephone call from a jail and further remembered hearing something about the phone call being recorded. Whitney admitted giving Darryal the telephone, but claimed to know nothing more about this case. Upon checking her Verizon phone bill, Sparrow discovered numerous collect telephone calls from what appears to be the Fairfax County Jail (ADC) to her home at ▬▬▬▬ S▬▬. Sparrow agreed to voluntarily allow me to make a copy of her Verizon phone bill.

Case Status (Check Only One Block):
- [ ] 1 Active
- [ ] 7 Active - TOT CIS
- [ ] 6 Active TOT CIB
- [ ] 5 Active - TOT ____
- [ ] 2 Inactive
- [ ] 9 Inactive - WOF
- [ ] 3 Service
- [X] 4 Closed Arrest
- 8 Closed Exceptionally
- [ ] Victim Refused to Cooperate
- [ ] Juvenile / No Custody
- [ ] Prosecution Declined
- [ ] Death of Offender
- [ ] Extradition Denied

| Date of Report | Time of Report | Investigated By | EIN | Case Closed (Status 4 or 8) |
|---|---|---|---|---|
| 11/18/02 | 3:00PM | Det. S.A. Shillingford | 1486 | [ ] Juvenile(s)  [ ] Adult(s) |

| Time Received | Time Arrived | Time Cleared | Approving Supervisor | EIN | Date |
|---|---|---|---|---|---|
| 3:00PM | 3:00PM | 3:00PM | | | |

42UL-WP 11/98 (bje)