- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription   9/5/2005

On 5/23/2006, pursuant to search warrant signed by a United States Magistrate Judge of the District of Columbia District Court, issued from the United States District Court, District of Columbia, on 5/18/2006 a search was executed on the residence at 3819 2nd Street, #C, SE, Washington, D.C.  The warrant is attached.

At approximately 6:04 a.m. the following Agents from the Federal Bureau of Investigation (FBI) and Metropolitan Police Department (MPD) executed the above-mentioned search warrant on the above-mentioned address:

| | |
|---|---|
| SA Richard R. Stallings | FBI |
| SA Martha Beltran | FBI |
| Det Greg Sullivan | MPD |
| SA Tim Alexandre | FBI |
| DET Steve Kirshner | MPD |
| SA Mac Miheik | USSS |
| SA Steve Meckl | FBI |
| SA Joe Ponzeti | FBI |
| SA Brandon Kealiher | FBI |
| SA Ian Meyrs | FBI |

SA Stallings conducted the knock and announced, and Willy Best, born 7/7/76, social security account number 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 answered the door and opened it from within the apartment.  Once the door was opened Best was detained at the door by SA Stallings, for safety reasons, and the Agents entered the apartment and the apartment was cleared, no one else was present in the apartment.

SA Stallings and the remainder of the Agents present occupied the apartment and began to photograph and search.

Entry and exit photographs were taken, and a log was kept of all photographs taken.  The FD-674 is attached.  A sketch of the entire inside of the residence was completed.  The sketch is attached.

During the search a 38 Special revolver handgun was found in the apartment, with bullets in the same container.  The Case Agent Mary Counts was notified and under the guidance form the AUSA for the case

Investigation on   5/23/2006   at Washington, D.C.

File #  245D-WF-221187                                Date dictated

by   SA Richard R. Stallings

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;