UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Docket No. CR07-129 |
| | : | (RJL) |
| Plaintiff, | : | |
| | : | February 21, 2008 |
| | : | |
| v. | : | 10:00 a.m. |
| | : | |
| ERIC SCURRY, | : | |
| Defendant. | : | |

DAY 1
EXCERPT FROM THE TRANSCRIPT OF TRIAL RECORD
BEFORE THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE, and a jury

APPEARANCES:

For the Plaintiff:        ARVIND LAL, ESQ.
                          MATTHEW P. COHEN, ESQ.
                          U.S. Attorney's Office
                          555 4th Street, NW
                          Washington, DC 20009

For the Defendant:        DWIGHT E. CRAWLEY, ESQ.
                          1655 North Fort Meyer Drive
                          Arlington, Virginia 22209

Court Reporter:           PATTY ARTRIP GELS, RMR
                          Official Court Reporter
                          Room 4700-A, U.S. Courthouse
                          Washington, D.C. 20001
                          (202) 962-0200

Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.

1        COURTROOM DEPUTY:  The jury is present, your Honor.

2        THE COURT:  Welcome back, everyone.  Is the Government
3  ready to call its next witness?

4        MR. LAL:  Yes, your Honor. Your Honor, the Government
5  calls Grady Jefferson.

6        THE COURT:  All right.

7        GRADY JEFFERSON, GOVERNMENT WITNESS, SWORN.

8        THE WITNESS: Yes, sir.

9        COURTROOM DEPUTY: You may be seated.  Speak right into
10 the microphone.  Please state your full name for the record.

11       THE WITNESS:  Grady Leroy Jefferson.

12                    DIRECT EXAMINATION

13 BY MR. LAL:

14 Q.  Mr. Jefferson, would you be kind enough to spell your first
15 name and your last name for the record?

16 A.  G R A D Y   J E F F E R S O N.

17 Q.  Mr. Jefferson, what is your date of birth?

18 A.  10/27/72.

19 Q.  How old are you, sir?

20 A.  35.

21 Q.  Where did you grow up, Mr. Jefferson?

22 A.  Southeast D.C.

23 Q.  All right.  And what schools did you go to, sir?

24 A.  Friendship.

25 Q.  Is that an elementary school or a --

1   A.   Roberts.

2   Q.   R O B E R T S?

3   A.   Yes.

4   Q.   And which courthouse is Judge Roberts in?

5   A.   District Court.

6   Q.   Okay. Now, what is it that you agreed to do, sir, in this Cooperation Agreement?

7   A.   To tell the truth.

8   Q.   Okay. And did you agree to do anything with the FBI?

9

10  A.   Yes, I did.

11  Q.   And what was that?

12  A.   To make buys --

13           THE COURT REPORTER: I am sorry.

14  A.   -- for the FBI.

15           THE COURT: To make buys. You have got to speak into

16  that microphone.

17  BY MR. LAL:

18  Q.   Mr. Jefferson, did you in fact make buys for the FBI?

19  A.   Yes, I did.

20  Q.   Do you recall approximately how many total buys you made for

21  law enforcement?

22           MR. CRAWLEY: Objection as to relevance, your Honor.

23           THE COURT: I will overrule that objection. If he can

24  remember.

25  BY MR. LAL:

```
 1   Q.   Do you remember how many buys you did approximately for the
     FBI or for law enforcement?
 2   
 3   A.   9 or 10.
 4   Q.   Okay. And how many different people did you buy from, sir?
 5   A.   About six.
 6   Q.   Okay. Now, Mr. Jefferson, as a part of your -- after you
 7   pled guilty, did you stay in jail or were you released?
 8   A.   When I first pled guilty?
 9   Q.   Yes, sir.
10   A.   I stayed in jail. Then I got out.
11   Q.   Okay. And as part of your release when you got out, were
12   you required to do any drug testing?
13   A.   Yes, I was.
14   Q.   All right. And did you in fact go and do your drug testing?
15   A.   Yes, I did.
16   Q.   Did you stay clean for awhile?
17   A.   Yes, for awhile.
18   Q.   All right. Is it fair to say at some point you began using?
19   A.   Yes.
20   Q.   And what narcotic was it that you primarily used, sir?
21   A.   Heroin.
22   Q.   All right. And how is it that you used heroin?
23   A.   Just snort it.
24   Q.   Okay. Did you --
25   A.   No.
```

1   Q.   -- inject it?

2   A.   No.

3   Q.   Okay. Now, sir, is it fair to say that your heroin use came
4   up on these drug tests, right?

5   A.   Yes, it did.

6   Q.   All right. Now tell us what happened. Are you incarcerated
7   at the current time?

8   A.   Yes.

9   Q.   Okay. Can you tell us how it is that you were out and then
10  you came to be incarcerated?

11  A.   Well, I was testing dirty. Then I got locked up.

12  Q.   Okay. And you were locked up once and then were you
13  released the first time or did you stay in the first time?

14  A.   Well, I stayed in. Then I got out.

15  Q.   Okay. And then what happened when you got out this time?

16  A.   Then I was testing dirty and I stayed in ever since May '03.

17  Q.   So when you got locked up the second time and you said what
18  was the date again? I am sorry. May of '03, is what you said?

19  A.   Yes, May.

20  Q.   And then you have been locked up since that --

21  A.   Ever since.

22  Q.   Okay. Mr. Jefferson, the crime that you pled guilty to
23  conspiracy to distribute possess with intent to distribute crack
24  cocaine, do you know -- what's your understanding of the penalty
25  of the jail time that you face for that crime?